Locke, Judge,
 

 delivered the opinion of the Court:
 

 The Court of Equity has the power to make the order moved for by the Complainant in this case : but this power ought to be exercised, only in cases where, without such interference, justice could not be effected. As, where the Plaintiff at Law is, or probably will be insolvent at or before the final decision of the cause in Equity
 
 ;
 
 or where he resides out of the State, and at such a distance as to expose the party prevailing, to great trouble, expense, and inconvenience, in getting back Ms money. Indeed, without such a power in a Court of Equity, it' could not afford that remedy which induces men to seek redress in that Court. A Plaintiff (who may be insolvent) obtains a judgment at Law, against a man who has no legal, but a good equitable defence 5
 
 *5
 
 to avail himself of this defence, he procures a bill of injunction but the Plaintiff at Law has a conscience hardy enough to deny all the equitable matter contained in the Complainant’s bill, and on the hearing, the injunction is dissolved. The Complainant, conscious, however, tiiat lie can prove the facts upon which Ids claim to relief is founded, continues over Ids bill as an original, procures his testimony, and on the final hearing of the cause, obtains a decree in Ids favor. But in the mean time, the Plaintiff at Law has received a satisfaction of his judgment, is utterly insolvent, and beyond the reach of the Court. Of what avail .to the Complainant is the mere decree of the Court ? The remedy, which he has been seeking for years, turns out to be merely nominal: it yields him nothing. To prevent this evil, the Court of Equity, will exercise the power of making such an order as that now moved’
 
 for;
 
 and it appears to the Court that the facts contained in Complainant’s affidavit are sufficient to authorise the exercise of this power in the present case. Let the motion be allowed, and the money retained by the Clerk, until bond with good security be given to refund the money in the event of a decree being made to that effect.